DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4699
E-Mail:          vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA TOW TRUCK ASSOCIATION,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50,<br><br>  Defendants. | Case No. C10-03184 CRB<br><br>**STIPULATED APPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SET FOR 10/29/2010; [PROPOSED] ORDER**<br><br>Hearing Date:   October 29, 2010<br>Time:                  8:30 a.m.<br>Judge/Place:     The Honorable Charles R. Breyer<br>                           Courtroom 8, 19th Floor<br><br>Date Action Filed:   July 12, 2010<br>Trial Date:              None Set |
|---|---|

In this case, the plaintiff contends that the defendant's ordinance, which requires tow companies and tow car operators to obtain permits before doing business in San Francisco, is preempted by federal and state law and violates the Commerce Clause of the United States Constitution.  The plaintiff also contends that San Francisco has a practice of seizing tow trucks for operating without a permit, in violation of the Fourth Amendment to the United States Constitution.

1  After conferring, the parties are in agreement that this case presents questions that can be resolved by
2  cross-motions for summary judgment, without the conduct of discovery.
3      To avoid the unnecessary expenses associated with an initial case management conference, and
4  to avoid burdening the Court's schedule, the parties hereby request that the initial case management
5  conference be continued to February 18, 2011, with all deadlines associated with the initial case
6  management conference similarly continued, so that the parties may file cross-motions for summary
7  judgment, to be heard December 3, 2010, or at a subsequent date convenient to the Court.  Assuming a
8  hearing on cross-motions for summary judgment is scheduled on December 3, 2010, the parties
9  propose the following briefing schedule:

- Plaintiff's motion for summary judgment to be filed on or before October 8, 2010
- Defendant's cross-motion/opposition to be filed on or before October 22, 2010
- Plaintiff's reply/opposition to be filed on or before November 5, 2010
- Defendant's reply to be filed November 19, 2010

Dated:  September 29, 2010          DENNIS J. HERRERA
                                    City Attorney
                                    DENNIS J. HERRERA
                                    City Attorney
                                    VINCE CHHABRIA
                                    Deputy City Attorney


                            By:   s/Vince Chhabria
                                    VINCE CHHABRIA
                                    Attorneys for Defendant
                                    CITY AND COUNTY OF SAN FRANCISCO


Dated:  September 29, 2010          LAW OFFICES OF BROOKS ELLISON


                            By:   **s/Patrick Whalen
                                    PATRICK J. WHALEN
                                    Attorneys for Plaintiff
                                    CALIFORNIA TOW TRUCK ASSOCIATION

                                    **pursuant to GO 45, the electronic signatory has
                                    obtained approval from this signatory.

**ORDER**

The parties' request to continue the initial case management conference is GRANTED. The initial case management conference shall take place on February 18, 2011. The parties cross-motions for summary judgment shall be heard on December 3, 2010. Plaintiff's motion for summary judgment shall be filed on or before October 8, 2010. Defendant's cross-motion/opposition shall be filed on or before October 22, 2010. Plaintiff's reply/opposition shall be filed on or before November 5, 2010. Defendant's reply, if any, shall be filed on or before November 19, 2010.

Dated:  October 1, 2010



_____
THE HONORABLE CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT

STIP. AND [PROPOSED] ORDER TO CONTINUE CMC; CASE NO. C10-03184 CRB          3          n:\govlit\li2010\110037\00654884.doc