DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4674
Facsimile: (415) 554-4699
E-Mail: vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TOW TRUCK ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50,<br><br>　　　　Defendants. | Case No. C10-03184 CRB<br><br>**STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR 9/28/2012; [PROPOSED] ORDER**<br><br>Hearing Date: September 28, 2012<br>Time: 8:30 a.m.<br>Judge/Place: The Honorable Charles R. Breyer<br>　　　　　　Courtroom 6, 17th Floor<br><br>Date Action Filed: July 12, 2010<br>Trial Date: None Set |

**STIPULATED APPLICATION**

The parties jointly submit this ex parte application for a three-week continuance of the case management conference, which is presently scheduled for September 28, 2012. During that week, undersigned counsel for the City will be out of the office to attend to his mother, who is scheduled for surgery on September 24th. During the subsequent two weeks, undersigned counsel for CTTA will be out of the country on a prepaid vacation. Accordingly, the parties request that the case management conference be set for October 19, 2012, with the case management statement being due on October 12, 2012.

Dated:  September 6, 2012         DENNIS J. HERRERA
                                  City Attorney
                                  VINCE CHHABRIA
                                  Deputy City Attorney


                                  By:  s/*Vince Chhabria*
                                       VINCE CHHABRIA

                                  Attorneys for Defendant
                                  CITY AND COUNTY OF SAN FRANCISCO

Dated: September 6, 2012          LAW OFFICES OF BROOKS ELLISON


                                  By:  **s/*Patrick Whalen*
                                       PATRICK J. WHALEN

                                  Attorneys for Plaintiff
                                  CALIFORNIA TOW TRUCK ASSOCIATION

                                  **pursuant to GO 45, the electronic signatory has
                                  obtained approval from this signatory.

**ORDER**

The case management conference is continued to Friday, October 19, 2012 at 8:30 a.m.  The joint case management statement is due Friday, October 12, 2012.

Dated:  September 7, 2012



_____
THE HONORABLE CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT