DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:     (415) 554-4699
E-Mail:        vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA TOW TRUCK ASSOCIATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50,<br><br>          Defendants. | Case No. C10-03184 CRB<br><br>**STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR 9/28/2012; AMENDED ORDER**<br><br>Hearing Date:    September 28, 2012<br>Time:            8:30 a.m.<br>Judge/Place:     The Honorable Charles R. Breyer<br>                 Courtroom 6, 17th Floor<br><br>Date Action Filed:    July 12, 2010<br>Trial Date:           None Set |
|---|---|

STIP. & [PROPOSED] ORDER CONTINUING CMC
CASE NO.  C10-03184 CRB

n:\pdf docs\3184ctta.doc

1 **STIPULATED APPLICATION**

2  The parties jointly submit this ex parte application for a three-week continuance of the case
3 management conference, which is presently scheduled for September 28, 2012.  During that week,
4 undersigned counsel for the City will be out of the office to attend to his mother, who is scheduled for
5 surgery on September 24th.  During the subsequent two weeks, undersigned counsel for CTTA will be
6 out of the country on a prepaid vacation.  Accordingly, the parties request that the case management
7 conference be set for October 19, 2012, with the case management statement being due on October 12,
8 2012.

12 Dated:  September 6, 2012            DENNIS J. HERRERA
                                       City Attorney
13                                     VINCE CHHABRIA
                                       Deputy City Attorney
14

15                                     By:  s/*Vince Chhabria*
16                                          VINCE CHHABRIA

17                                     Attorneys for Defendant
                                       CITY AND COUNTY OF SAN FRANCISCO
18

19 Dated:  September 6, 2012            LAW OFFICES OF BROOKS ELLISON

20                                     By:  **s/*Patrick Whalen*
21                                          PATRICK J. WHALEN

22                                     Attorneys for Plaintiff
                                       CALIFORNIA TOW TRUCK ASSOCIATION

23                                     **pursuant to GO 45, the electronic signatory has
24                                     obtained approval from this signatory.

STIP. & [PROPOSED] ORDER CONTINUING CMC     1                     n:\pdf docs\3184ctta.doc
CASE NO.   C10-03184 CRB

**ORDER**

The case management conference is continued to Friday, October 26, 2012 at 8:30 a.m.  The joint case management statement is due Friday, October 19, 2012.

Dated:   September 7, 2012



_____
THE HONORABLE CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer