DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:     (415) 554-4699
E-Mail:        vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA TOW TRUCK ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50,<br><br>    Defendants. | Case No. C10-03184 CRB<br><br>**STIPULATED APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT;  ORDER**<br><br>Hearing Date:   February 8, 2013<br>Time:           10:00 a.m.<br>Judge/Place:    The Honorable Charles R. Breyer<br>                Courtroom 6, 17th Floor<br><br>Date Action Filed:   July 12, 2010<br>Trial Date:          None Set |
|---|---|

**STIPULATED APPLICATION**

The parties jointly submit this ex parte application for a continuance of the hearing on Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment, which is presently scheduled for February 8, 2013. The purpose of this application is to accommodate undersigned counsel for the City, who is presently operating under a tight deadline to prepare the brief for the City and County of San Francisco in *Hollingsworth v. Perry*, United States Supreme Court Case No. 12-144, involving the constitutionality of Proposition 8 (California's ban on marriage by same-sex couples).

The parties respectfully request that the hearing on the cross-motions be continued to Friday, February 22, 2013, or a subsequent date convenient to the Court.

IT IS SO STIPULATED:

Dated: February 5, 2013    DENNIS J. HERRERA
City Attorney
VINCE CHHABRIA
Deputy City Attorney

By: s/*Vince Chhabria*
VINCE CHHABRIA

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: February 5, 2013    LAW OFFICES OF BROOKS ELLISON

By: **s/*Patrick Whalen*
PATRICK J. WHALEN

Attorneys for Plaintiff
CALIFORNIA TOW TRUCK ASSOCIATION

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

## **ORDER**

The hearing for Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment is continued to Friday, February 22, 2013, at 10:00 a.m.

Dated: February 5, 2013



_____
THE HONORABLE CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT